**Order entered October 14 , 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00701-CR

**MARCO ANTONIO LUNA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F14-22091-H**

## ORDER

The Court has before it appellant's October 10, 2016 motion to abate the appeal and motion to supplement the clerk's record. Appellant first asks us to abate the appeal and remand to the trial court for the entry of findings of facts and conclusions of law regarding the trial court's decision to deny appellant's motion to suppress.

Appellant also asks that the clerk's record be supplemented, along with the trial court's findings of fact and conclusion of law, with the following:

- The June 20, 2016 Request for Preparation of Reporter's Record and Designation of Matters to be Included;
- Defendant's Second Request for Findings of Fact and Conclusions of Law, file stamped June 20, 2016;
- Pass slips dated November 12, 2015 and December 17, 2015.

In Texas, "upon the request of the losing party on a motion to suppress evidence, the trial court shall state its essential findings." *State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006). "Essential findings" mean "findings of fact and conclusions of law adequate to provide an appellate court with a basis upon which to review the trial court's application of the law to the facts." *Id.*; *see State v. Elias*, 339 S.W.3d 667, 674 (Tex. Crim. App. 2011). This assures that appellate resolution of the suppression issue "is based on the reality of what happened [at the trial court level] rather than on [appellate] assumptions that may be entirely fictitious." *Elias*, 339 S.W.3d at 674.

We **GRANT** appellant's motion. We **ORDER** the trial court to make findings of fact and conclusions of law adequate to provide this Court with a basis upon which to review the trial court's denial of appellant's motion to suppress. *See id*; *Cullen*, 195 S.W.3d at 699.

We **ORDER** the trial court to transmit a supplemental record, within **THIRTY DAYS** of the date of this order, containing the written findings of fact and conclusions of law, along with (1) the June 20, 2016 request for preparation or reporter's record, (2) defendant's June 20, 2016 Second Request for Findings of Fact and Conclusions of Law, and (3) the pass slips from November 12, 2015 and December 17, 2015.

We **DIRECT** the Clerk to send copies of this order to the Honorable Robert Burns, Presiding Judge, Criminal District Court No. 1; Felicia Pitre, Dallas County District Clerk; and counsel for all parties.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the supplemental clerk's record is received.

/s/     ADA BROWN
        JUSTICE